# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:10-CV-00041

| | |
|---|---|
| ISS RESEARCH, LLC, | ) |
| | ) |
| Plaintiff, | ) ORDER |
| | ) |
| v. | ) |
| | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon the parties' Initial Attorneys' Conference Report. Pursuant to this report, the parties shall submit summary judgment motions on the issue of coverage by May 17, 2010. Any further scheduling requirements will be determined in conformance with the IAC report after the summary judgment motions have been ruled upon.

**SO ORDERED.**

Signed: April 9, 2010

Graham C. Mullen
United States District Judge