# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10-CV-00041-GCM

ISS RESEARCH, LLC,

           **Plaintiff,**

v.

FEDERAL INSURANCE COMPANY,

           **Defendant.**

**ORDER**

      **THIS MATTER** is before the Court upon the parties' Joint Motion to Establish Summary Judgment Briefing Procedures. Having considered said Motion, the Court ORDERS that:

      (a)    Plaintiff shall file its summary judgment motion and brief in support thereof on or before May 17, 2010;

      (b)    Defendant shall file its response brief on or before June 7, 2010;

      (c)    If Plaintiff reasonably determines that a reply brief is necessary to address matters newly raised in Defendant's response brief, Plaintiff shall file its reply brief on or before June 21, 2010; and

      (d)    If Plaintiff files a reply brief, Defendant shall be entitled to file a surreply brief on or before July 5, 2010.

**SO ORDERED.**

Signed: April 19, 2010

*Graham C. Mullen*
Graham C. Mullen
United States District Judge